UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARIE DELVA and JEAN MARIE DELVA,<br><br>    Plaintiffs,<br><br>v.<br><br>PREFERRED PROPERTY SOLUTIONS, LLC; KYLE SEYBOTH; CHRIS MESSIER; LOWELL WILLIAMS; RED BALLOON CAPITAL, LLC; and SEYBOTH REAL ESTATE TEAM, INC.,<br><br>    Defendants. | C.A. NO. 1:26-cv-84-JJM-AEM |

**ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANTS, PREFERRED PROPERTY SOLUTIONS, LLC, KYLE SEYBOTH, RED BALLOON CAPITAL, LLC, AND SEYBOTH REAL ESTATE TEAM, INC., TO ANSWER PLAINTIFFS' COMPLAINT**

Now come Defendants, Preferred Property Solutions, LLC ("PPS"), Kyle Seyboth ("Seyboth"), Red Balloon Capital, LLC ("Red Balloon"), and Seyboth Real Estate Team, Inc. (Seyboth Real Estate Team") (collectively, the "Defendants"), with the assent of counsel for Plaintiffs, Marie Delva and Jean Marie Delva (collectively, the "Plaintiffs"), and hereby move this Honorable Court for additional

time to answer Plaintiffs' Complaint.  In support of their motion, Defendants aver the following:

1. Defendants were served with Plaintiffs' Complaint on April 22, 2026, and their response is presently due on June 22, 2026.

2. Defendants have a similar matter involving the same Plaintiffs in the Rhode Island Superior Court, and counsel for defendants have been diligently meeting with their clients and attempting to resolve all matters.

3. Additionally, counsel for Defendants have at various times been traveling and on trial during the past month.

4. Defendants request that the Court extend the deadline for answering the Complaint by an additional seven days, rendering such response due on or before June 30, 2026.

5. Counsel for Plaintiffs assents to the relief sought in this motion.

**WHEREFORE**, Defendants respectfully request this Honorable Court:

A. Grant the within motion.

B. Extend the deadline by which Defendants shall answer Plaintiffs' Complaint by seven (7) days to June 30, 2026.

C. Grant any such further relief as this Court deems meet and just.

Respectfully submitted,

Defendants, by their attorneys,

/s/ Nicholas J. Hemond
Nicholas J. Hemond, Esq. (#8782)
Laura A. Nicholson, Esq. (#8440)
DarrowEverett LLP
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel.: (401) 453-1200
Fax.: (401) 453-1201
nhemond@darroweverett.com
lnicholson@darroweverett.com

Dated:  June 25, 2026

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document through this Court's electronic filing system and served this document on Plaintiff's counsel through email at the following address:

Steven J. Boyajian, Esq. (#7263)
Robinson & Cole LLP
One Financial Plaza
14th Floor
Providence, RI 02903
Direct 401.709.3359
sboyajian@rc.com

/s/Susan Loporchio