26-CV 84

54 Stonelaw Ave Providence RI 02908

Lowell Williams

FILED

JUN 26 2026

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND