## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Marie F. Delva, et al.
Plaintiff,

v.                                          Case No.: 1:26−cv−00084−JJM−AEM

Preferred Property Solutions, LLC, et al.
Defendant.


## ENTRY OF DEFAULT


Upon consideration of the application for entry of default, default is hereby entered against Chris Messier in accordance with Fed. R. Civ. P. 55(a) and L.R. Cv 55(a).


July 7, 2026                                By the Court:

                                            /s/ Hanorah Tyer−Witek, Clerk of Court