UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| MARIE DELVA and JEAN MARIE DELVA,<br><br>    Plaintiffs,<br><br><br>v.<br><br>PREFERRED PROPERTY SOLUTIONS, LLC;<br>KYLE SEYBOTH; CHRIS MESSIER; LOWELL<br>WILLIAMS; RED BALLOON CAPITAL, LLC,<br>and SEYBOTH REAL ESTATE TEAM, INC., | No. 1:26-cv-84 |

## DEFENDANT CHRISTOPHER MESSIER'S MOTION TO VACATE ENTRY OF DEFAULT

Now comes Defendant Christopher Messier, by and through his attorney, Albert E. Medici, Jr., Esq., and respectfully moves this Honorable Court, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, to vacate the Entry of Default entered against Defendant.

In support of this Motion, Defendant states as follows:

1. Plaintiffs commenced this action by filing their Complaint.

2. Defendant Christopher Messier executed a waiver of service.

3. An Entry of Default was thereafter entered against Defendant.

4. Defendant has retained undersigned counsel.

5. Counsel for Plaintiffs and Defendant have agreed that the Entry of Default should be vacated.

6. Defendant has prepared and is filing his Answer contemporaneously herewith.

7. Vacating the default will not prejudice Plaintiffs and will permit this action to be decided on its merits.

WHEREFORE, Defendant respectfully requests that the Court vacate the Entry of Default, accept Defendant's Answer for filing, and grant such other relief as justice may require.

Respectfully submitted,
CHRISTOPHER MESSIER
By his Attorney,

_____
Albert E. Medici, Jr., Esq.
Rhode Island Bar No. 4584
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone: (401) 946-3910
Fax: (401) 942-4918
Email: am@mslaw-pc.com

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2026, I caused a true and correct copy of the foregoing Defendant Christopher Messier's Motion to Vacate Default to be filed electronically through the Court's CM/ECF system, which will provide electronic notice to all registered counsel of record.

_____
Albert E. Medici, Jr., Esq.