UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARIE DELVA and JEAN MARIE DELVA,

    Plaintiffs,

v.

PREFERRED PROPERTY SOLUTIONS, LLC; KYLE SEYBOTH; CHRIS MESSIER; LOWELL WILLIAMS; RED BALLOON CAPITAL, LLC, and SEYBOTH REAL ESTATE TEAM, INC.,

No. 1:26-cv-84

## STIPULATION VACATING ENTRY OF DEFAULT

The parties, by and through their respective counsel, hereby stipulate as follows:

1. An Entry of Default was entered against Defendant Christopher Messier.

2. Defendant Christopher Messier has retained counsel and intends to defend this action on the merits.

3. Plaintiffs do not object to vacating the Entry of Default.

4. Defendant's Answer shall be deemed timely filed upon the Court's approval of this Stipulation, or alternatively upon filing contemporaneously herewith.

Respectfully submitted,

**PLAINTIFFS**
**MARIE DELVA and JEAN MARIE DELVA**
By their attorney,

/s/ Steven J. Boyajian
Steven J. Boyajian (#7263)
Robinson & Cole LLP
One Financial Plaza, 14th Floor Providence, RI 02903
Tel. (401) 709-3359
Fax. (401) 709-3399
Email: sboyajian@rc.com


Respectfully submitted,
**DEFENDANT CHRISTOPHER MESSIER**
By his Attorney,

/s/ Albert E. Medici, Jr., Esq.
Albert E. Medici, Jr., Esq.
Rhode Island Bar No. 4584
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone: (401) 946-3910
Fax: (401) 942-4918
Email: am@mslaw-pc.com

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____, 2026, I caused a true and correct copy of the foregoing Defendant Christopher Messier's Motion to Vacate Default to be filed electronically through the Court's CM/ECF system, which will provide electronic notice to all registered counsel of record.

_____
Albert E. Medici, Jr., Esq.